THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 William D.
 Tanks, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Lexington County
 Clyde N. Davis, Jr., Circuit Court Judge

Memorandum Opinion No.   2009-MO-023
Submitted April 22, 2009  May 26, 2009 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 Appellate
 Defender M. Celia Robinson, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, of Columbia, for Respondent.
 
 

PER CURIAM:   We granted a writ of certiorari to review
 the denial of Petitioners application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted.
DISMISSED
AS IMPROVIDENTLY GRANTED. 

TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.